that it should be divided between the personal repre-
sentatives of the heirs living at that date.

*Daniel A. Boyle* for appellant.

*Louis G. Hart, Jr.*, and *J. Harry Hull* for Alice M.
Hewes, as executrix of James A. Hewes, deceased,
respondent.

*Walter S. Newhouse* for Mary H. Smyth, as adminis-
tratrix of Peverill H. Smyth, deceased, respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM F. O'DONNELL, as Administrator of the Estate
of LORETTA O'DONNELL, Deceased, Respondent, *v.*
W. LOUIS JOHNSON, Appellant.

*Negligence — motor vehicles — evidence — pedestrian killed at street
crossing by being struck by automobile — reception in evidence of
photograph of deceased.*

*O'Donnell* v. *Johnson*, 218 App. Div. 857, affirmed.

(Argued March 31, 1927; decided May 3, 1927.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 22, 1926, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover for the death of plaintiff's intestate alleged to
have been occasioned through the negligence of defendant.
Intestate was struck by defendant's automobile while
crossing Bergen street at Sixth avenue in the borough of
Brooklyn. The complaint alleged that at the time of the
accident defendant was making a left-hand turn, cutting
inside the intersection of the center lines of the two streets,
without sounding his horn, and proceeding at a rate of
speed in excess of that prescribed by the ordinance.
During the trial of the action a photograph of the decedent
was introduced in evidence by plaintiff's counsel.
Defendant contended this was error.

Prepared by State Reporter from Appeal Papers

*Joseph F. Hanley, G. Everett Hunt* and *Alfred W. Andrews* for appellant.

*Francis L. Driscoll* and *Richard J. Mackey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HENRY B. CLOSSON et al., as Executors of CORNELIUETT SMITH, Deceased, Respondents, *v.* SUSAN D. GRIFFITH et al., Appellants.

*Negligence — motor vehicles — evidence — action for death through alleged negligence — evidence showing benefits received by next of kin under will of decedent improper — erroneous charge that jury may consider such evidence.*

*Closson* v. *Griffith,* 219 App. Div. 163, affirmed.

(Argued April 1, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1926, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial in an action to recover for the death of plaintiffs' testator alleged to have been occasioned through the negligence of defendants. The Appellate Division held that the trial court improperly received evidence showing the benefits received by the next of kin of the testatrix as beneficiaries under her will, and improperly instructed the jury that such evidence might be considered in arriving at a verdict.

*F. A. W. Ireland* for appellants.

*Henry F. Cochrane* and *William M. Sperry, 2nd,* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.